Appendix

~~Notes~~ Misener v City of Madison

D. Records Requests

Plaintiff requests the Court assist in compelling the following records, in support of material facts documented within narrative.

Sources with an asterik (*) have been sent or are in process of sending a ROI for the court.

• From Madison Police Department:

- Personnel files: Misener, Bailey, Pihlaja

- Employment verification/simple history: M. Misener, S. Perez, S. Barnes, B. Hoefts, J. Gary, E. Marshall

- Full contents from search warrants on Misener's phones documenting all contacts between Misener and Bailey

- MPD contracts describing positions of Investigator and Detective

- Police calls at 834 Jupiter Dr #306, Dec 2023 - July 2024

- S. Bailey's activity (queries, searches, returns) in police records systems (12/23/2023 - 7/31/24): LERMS, NCIC, CIB, III, DoT, Arbitrator

- CCB evidence: employee keycard scans by Bailey (5/26/24 - 5/31/24) + video from hallways, stairwells and garage

- ~~CCB~~ CCB MPD assigned lockers within 15 ft of Bailey's foot locker, 2021-2024

- Any and all additional reports or internal investigations related to Bailey 12/23 - 11/24

- All police reports provided to Annie Joy (Dane Co ADA)

Ⓓ

Appendix II

Misener v City of Madison

reference Misener's July-November 2024 charges

- Misener DCJ video/audio interviews (8/1/2024 and 11/15/2024)

• From DCSO:

- Dep. Middleton's 9/2024 report on Misener's allegation ref. Bailey

- DCSO tablet and jail logs ref Misener's allegations against Bailey (8/2024-9/2024)

• Public Record:

- Misener and Bailey marriage and divorce records

- Misener's Chapter 51 commitment order

• Jefferson County

- Aug 2021 notification/contact with Bailey ref. Misener's Chapter 51 (police report)

- Human Services records *

• Misener's Medical Records

- GHC (2019-2024) *

- Oceanhawk (2024) *

- Meriter (2020-2024) *

- WMHI (2021-2024) *

- WCMHI (2021) *

- Tellurian (2023) *

- UW Hospital (2020-2023) *

- Mercy Hospital Janesville (2021-2022)

- Fort Memorial Hospital (2021-2023)

- Journey Mental Health (2023-2024)



Contact Information

Misener v City of Madison

As noted, Misener is incarcerated. Contact for. POA
is noted, as needed or helpful to court.

POA:
Rebecca R Peterson
Po Box 95
Madison WI 53701
608- 515-8218
becky @ transformdane, com

Plaintiff
Misener
#676876
115 W Doty St
Madison WI 53703