USPS Mail Cover Sheet

The pages within are related to a single 1983 suit filing. This suit contains multiple envelopes due to USPS weight restrictions and Plaintiff's limitations to mail access. All pages are numbered and labeled. All envelopes contain a global cover sheet denoting order.

US District Court for Western Wisconsin

Elijah C Misener

v

City of Madison:
Gary Pihlaja and
Sara Bailey

Section 4.0

FILED/REC'D 2025 APR 28 A 11:00 CLERK OF COURT U.S. DISTRICT COURT WD OF WI

USPS Mail Cover Sheet

FILED/REC'D
2025 MAY -1 A 11: 23
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

The pages within are related to a single suit filing. The suit contains multiple envelopes, due to USPS weight restrictions and Plaintiff's limitations to mail access. All pages are numbered and labeled. All envelopes ~~are~~ contain this global cover sheet denoting order.

US District Court for Western Wisconsin

Elijah C Misener

v

City of Madison;
Gary Pihlaja and
Sara Bailey

Section 3.0

USPS Mail Cover Sheet

The pages within are related to a single 1983 suit filing. This suit contains multiple envelopes, due to USPS weight restrictions and Plaintiff's limitations on access to mail. All pages are numbered and labeled. All envelopes contain this global cover sheet, denoting order.

US District Court for Western Wisconsin

Elijah C Misener
v.
City of Madison,
Gary Pihlaja and
Sara Bailey

FILED/REC'D 2025 MAY -1 A 11:24 CLERK OF COURT U.S. DISTRICT COURT W/D OF WI

Section 1.0

USPS Mail Cover Sheet

FILED/REC'D
2025 MAY -1 P 2:46
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

The pages within are related to a single filing. This suit contains multitude envelopes, due to USPS weight restrictions and Plaintiff's limitations to mail access. All pages are numbered and labeled. All envelopes contain this global cover sheet denoting order.

US District Court for Western Wisconsin

Elijah C Misener

v

City of Madison;
Gary Pihlaja and
Sara Bailey

Section 2.0