Misener
#676876
115 W Doty St
Madison WI 53703



Milwaukee P&DC 532
TUE 22 APR 2025

SCANNED

Western WI District Court
Robert W Kastenmeir Courthouse
120 N Henry St, Room 320
Madison, WI 53703

Mail From
Dane County Jail

Misener
#676876
115 W Doty St
Madison WI 53703



Milwaukee P&DC 532
TUE 22 APR 2025

Western WI District Court
Robert W Kastenmeir Courthouse
120 N Henry St, Room 320
Madison, WI 53703

SCANNED

Mail From
Dane County Jail

Misener
#676876
115 W Doty St
Madison, WI 53703



Milwaukee P&DC 532
TUE 22 APR 2025

SCANNED

Western WI District Court
Robert W Kastenmeir Courthouse
120 N Henry St, Room 320
Madison, WI 53703

Mail From
Dane County Jail

Misener
#676876
115 W Doty St
Madison WI 53703



Milwaukee P&DC 532
TUE 22 APR 2025

SCANNED

Western WI District Court
Robert W Kastenmeir Courthouse
120 N Henry St, Room 320
Madison WI 53703

Mail From
Dane County Jail