

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Elijah C Misener
Full name of plaintiff(s) or petitioner(s)

Case No. _____
(Provided by the clerk of court)

v.

Gary Pinlaja, Sara Bailey
Full name of defendant(s) or respondent(s)

FILED/REC'D
2025 APR 28 A 10:00
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## PETITION AND AFFIDAVIT TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND/OR COSTS

I, Elijah Misener, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

### I. Personal Information

1) Are you currently incarcerated?   ☒ Yes   ☐ No

   If "No," go to question 2. Complete all sections.

   If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

   (a) State the place of your incarceration and provide your prisoner identification number:

   Dane County Jail                            676876
   (place)                                     (number)

   (b) Are you employed at the institution?   ☐ Yes   ☒ No

   (c) Do you receive any payment from the institution?   ☐ Yes   ☒ No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

(WIWD 12/07)
**Personal Information** - *continued*

2) Are you employed?  ☐ Yes  ☒ No

3) Are you currently married?  ☐ Yes  ☒ No
   If "Yes," is your spouse employed?  ☐ Yes  ☐ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?
   ☐ Yes  ☒ No

   If "Yes," list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship to You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

**II. Income** - If you are married, your answers *must include your spouse's income.*
   *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total *monthly* income?  $ 0

Provide the name of your employer(s):  N/A

State your spouse's total *monthly* income?  $ N/A

State the amount of money you have received from any other source in the last twelve months (e.g., rent payments, pension or insurance payments, gifts, inheritance, disability or workers' compensation payments). Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| Family/POA: Rebecca A Peterson | $ 400/mo |
| | $ |

**III. Expenses** - If you are married and/or have dependents, *your expenses should also include your household's expenses.*

*(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

   ☒ Rent or  ☐ Mortgage                              $ 1200

   Car payment(s)                                      $ _____

   Alimony and/or court-ordered child support   $ _____

   Credit card payment(s)                              $ _____

2) Do you have any other monthly expenses that you have not already identified?
   ☐ Yes   ☒ No

   If "Yes," list them below:

| Expense | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

3) What is the total amount of your monthly expenses?   $ 1200

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?  ☒ Yes   ☐ No   If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| Toyota Rav 4 | 2010 | $ 1000 |
| _____ | ____ | $ _____ |

2) Do you own your residence(s)?   ☐ Yes   ☒ No

   If "Yes," state the approximate value(s). $ _____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the residence(s)? $ _____

IV. **Property** - *continued*

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?   ☐ Yes   ☒ No

If "Yes," identify the property and approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

4) Do you have any cash or checking, savings, or other similar accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount of such sums. $ _____

5) Do you own any intangible property, including but not limited to real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k)?
   ☐ Yes   ☒ No

If "Yes," state the nature of that property and approximate value(s).

_____

V. **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I have been incarcerated and turned POA over to family due to total lack of access to financial resources or means to obtain it. My only source of financial assistance is out of pocket from family.

4/17/2025
Date

Signature - Signed Under Penalty of Perjury