Gary Pihlaja
211 S. Carroll St
Madison WI 53703

IN THE UNITED STATES DISTRICT COURT FOR THE
<u>Western District of Wisconsin</u>

-----------------------------------------X

Elijah C. Misener
Plaintiff,
v.

City of Madison,
individually and in their
official capacities,
Defendants

-----------------------------------------X

SUMMONS

Civil Action # 25-CV-329-WMC

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiffs, whose address is Dane County Jail, 115 W. Doty Street, Madison, Wisconsin 53703, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer / agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: 5/7/2025

FILED/REC'D
2025 MAY 16 A 11: 46
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Sara Bailey
211 S Carroll St
Madison WI 53703

IN THE UNITED STATES DISTRICT COURT FOR THE
<u>Western District of Wisconsin</u>

----------------------------------------X
Elijah C. Misener
Plaintiff,
v.

City of Madison, et.al,
individually and in their
official capacities,
Defendants
----------------------------------------X

SUMMONS

Civil Action # 25-CV-329-WMC

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiffs, whose address is Dane County Jail, 115 W. Doty Street, Madison, Wisconsin 53703, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer / agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: 5/7/2025

FILED/REC'D
2025 MAY 16 A 11:46
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT FOR THE
Western District of Wisconsin

-------------------------------------x

Elijah C. Misener
Plaintiff,

v.

Vandivier, et. al.
Defendants

-------------------------------------x

MOTION FOR APPOINTMENT OF COUNSEL

Civil Action # _____
[TBD]

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff (or plaintiffs) moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.
2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.
3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.
4. Plaintiff has made repeated efforts to obtain a lawyer.

5-8-2025
Date

Elijah C. Misener

Name #676876
Booking #603173
Dane County Jail
115 W. Doty St
Madison, WI 53703
Address

FILED/REC'D 2025 MAY 16 A 11:46 CLERK OF COURT U.S. DISTRICT COURT WD OF WI

Capt. J Tetz
115 W Doty St
Madison WI 53703

IN THE UNITED STATES DISTRICT COURT FOR THE
Western District of Wisconsin

------------------------------------X
Elijah C. Misener
Plaintiff,
v.

Vandivier, et. al.,
individually and in their
official capacities,
Defendants
------------------------------------X

SUMMONS

Civil Action #_____

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiffs, whose address is Dane County Jail, 115 W. Doty Street, Madison, Wisconsin 53703, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer / agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: 5/7/2025

FILED/REC'D
2025 MAY 16 A 11:46
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Lt. Gary Vandivier
115 W Doty St
Madison WI 53703

# IN THE UNITED STATES DISTRICT COURT FOR THE
## Western District of Wisconsin

---------------------------------------X
Elijah C. Misener
Plaintiff,
v.


Vandivier, et al.,
individually and in their
official capacities,
Defendants
---------------------------------------X

SUMMONS

Civil Action #_____

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiffs, whose address is Dane County Jail, 115 W. Doty Street, Madison, Wisconsin 53703, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer / agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date:  5/7/2025

FILED/REC'D
2025 MAY 16 A 11:46
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI