AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| ELIJAH COLE MISENER,<br>*Plaintiff*<br>v.<br>SARA A. BAILEY, et al.<br>*Defendant* | Case No. 25-CV-00329 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sara A. Bailey, City of Madison and Gary Pihlaja.

Date:     10/31/2025

s/ Kiley B. Zellner
*Attorney's signature*

Kiley B. Zellner   State Bar No. 1056806
*Printed name and bar number*

Crivello, Nichols & Hall, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI  53203
*Address*

kzellner@crivellolaw.com
*E-mail address*

(414) 271-7722
*Telephone number*

(414) 271-4438
*FAX number*